# ORIGINAL

1 frankiecastronewstp

2 LEONARDO M. RAPADAS
United States Attorney
3 KARON V. JOHNSON
Assistant U.S. Attorney
4 Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
5 Hagatna, Guam 96910
PHONE: 472-7332
6 FAX: 472-7334

**FILED**

DISTRICT COURT OF GUAM

OCT 19 2005

MARY L.M. MORAN
CLERK OF COURT

7 Attorneys for the United States of America

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE TERRITORY OF GUAM

10 UNITED STATES OF AMERICA, ) CRIMINAL CASE NO. 05-00044
)
11             Plaintiff, )
) **STIPULATED MOTION TO**
12     vs. ) **CONTINUE STATUS HEARING**
)
13 FRANKIE BLAS CASTRO, )
)
14             Defendant. )
                              )

15

16       The parties in the above-entitled matter, the United States of America, and the defendant

17 through his counsel, Kim Savo, hereby motion this Honorable Court to continue the Status

Hearing currently scheduled for October 25, 2005, and that it be continued for two(2) months, at

18 a date and time to be selected by the court at it's convenience.

19

20

21 _____
DATE

22

_____
KIM SAVO
Attorney for Defendant

23

LEONARDO M. RAPADAS
24 United States Attorney
Districts of Guam and NMI

25

26 _____
DATE

By: _____
27 KARON V. JOHNSON
Assistant U.S. Attorney

28