frankiecastronewstp

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00044 |
| Plaintiff, | ) |
| vs. | ) **ORDER TO CONTINUE** |
| | ) **STATUS HEARING** |
| FRANKIE BLAS CASTRO, | ) |
| Defendant. | ) |

**IT IS SO ORDERED** that the Status Hearing currently scheduled for October 25, 2005, is hereby rescheduled to January 10, 2006, at 2:30 p.m.

October 20, 2005
DATE

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

ORIGINAL