ORIGINAL

frankiecastro6stp

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

FILED
DISTRICT COURT OF GUAM
DEC 23 2005
MARY L.M. MORAN
CLERK OF COURT

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00044 |
| Plaintiff, | |
| vs. | **STIPULATED MOTION TO VACATE STATUS HEARING; UNSEAL RECORD AND SET SENTENCING DATE** |
| FRANKIE BLAS CASTRO, | |
| Defendant. | |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, John Gorman, hereby motion this Honorable Court to vacate the Status Hearing currently scheduled for January 10, 2006, to unseal the record, and to set a sentencing date in the above matter.

The parties request that the Court calendar the sentencing date at least ninety (90) days from the date of this request so that the Presentence Report can be completed in this case.

_12/22/05_
DATE

_/s/ John Gorman_
JOHN GORMAN
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

_12/15/05_
DATE

By: _/s/ Karon V. Johnson_
KARON V. JOHNSON
Assistant U.S. Attorney