LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
DEC 29 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANKIE BLAS CASTRO and<br>NANCY MARY P. REYES CASTRO,<br><br>Defendant. | CRIMINAL CASE NO. 05-00044<br><br>**O R D E R**<br><br>**Re: Stipulated Motion to Vacate Status Hearings; Unseal Record And Set Sentencing Date** |

**IT IS SO ORDERED** that the Status Hearings currently scheduled for January 10, 2006 and December 15, 2005, are hereby vacated, the record ordered unsealed, and sentencing for both defendants are scheduled for April 6, 2006 at 10:00 a.m. The presentence report shall be provided to the parties by February 16, 2006. The parties shall file their responses to the presentence report no later than March 2, 2006. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than March 16, 2006.

Dated this 29th day of December, 2005.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL