frankiecastro2stp

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
MAR 17 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00044-01 |
| Plaintiff, | |
| vs. | **STIPULATED MOTION TO CONTINUE SENTENCING** |
| FRANKIE BLAS CASTRO, | |
| Defendant. | |

The parties in the above-entitled matter, the United States of America, and the defendant, through his counsel, Alex Modaber, hereby move this Honorable Court to continue the sentencing currently scheduled for April 6, 2006, and that it be continued for one week to April 13, 2006 as the government counsel is required to appear in San Francisco, California on April 7, 2006, regarding appellate arguments to the Ninth Circuit Court of Appeals.

DATED: 3/16/06

ALEX MODABER
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 3/16/06        By: 
KARON V. JOHNSON
Assistant U.S. Attorney