ORIGINAL

frankcastropsr1

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAR 20 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FRANKIE BLAS CASTRO, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 05-00044 <br><br> **GOVERNMENT'S MOTION FOR ONE-LEVEL DEPARTURE** |

The United States filed a statement adopting the Presentence Report on March 10, 2006, with one correction.

In addition, the United States of America, plaintiff, by and through the undersigned counsel Karon V. Johnson, Assistant United States Attorney, moves this Honorable Court for a one level departure downward from the guidelines sentencing level pursuant to USSG § 3E1.1(b) because the defendant timely notified the government of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the court to allocate

//
//
//
//
//

its resources efficiently. Accordingly, defendant's total offense level will be 33, with a sentencing range of 135-168 months. The government will recommend a sentence of 120 months on Count I and 135 months on Count II, to run concurrently.

RESPECTFULLY SUBMITTED this  20th  day of March, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: *[signature]*
KARON V. JOHNSON
Assistant U.S. Attorney