LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
MAR 24 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00044-01 |
| Plaintiff, ) | |
| ) | **ORDER TO CONTINUE** |
| vs. ) | **SENTENCING** |
| FRANKIE BLAS CASTRO, ) | |
| Defendant. ) | |

Based on the Stipulation of the parties filed on March 17, 2006, and cause cause appearing thereon, the Court hereby GRANTS the parties' Stipulation and ORDERS that the sentencing presently set for April 6, 2006, be continued to April 13, 2006 at 10:00 a.m.

__March 24, 2006__
Date

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

**ORIGINAL**