frankiecastro5k

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

**FILED**
DISTRICT COURT OF GUAM
APR 11 2006
MARY L.M. MORAN
CLERK OF COURT

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00044 |
|---|---|---|
| Plaintiff, | ) | **GOVERNMENT'S MOTION FOR A DOWNWARD DEPARTURE** |
| vs. | ) | |
| FRANKIE BLAS CASTRO, | ) | |
| Defendant. | ) | |

The United States hereby moves this Honorable Court for a departure from the Guidelines total offense level of 32, as provided by USSG Section 5K1.1, on the basis that defendant has rendered substantial assistance to the government in its investigation of drug trafficking on Guam.

The government is filing under seal a separate sentencing memorandum concerning the details of that cooperation. Defendant's present offense level of 33 calls for a range of 135-168 months incarceration. The government is recommending that defendant total offense level be

//
//
//
//
//
//
//

reduced by three levels to 32, which provides for a range of 121-151 months incarceration. The government is recommending that defendant receive 121 months incarceration.

RESPECTFULLY SUBMITTED this __11th__ day of April, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the CNMI

By: *[signature]*
KARON V. JOHNSON
Assistant U.S. Attorney