# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES



**FILED**

DISTRICT COURT OF GUAM

APR 13 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

**CASE NO. CR-05-00044**      **DATE: APRIL 13, 2006**

*****************************************

HON. ROGER T. BENITEZ, Designated Judge, Presiding      Law Clerk: NONE PRESENT
Court Reporter: Wanda M. Miles      Courtroom Deputy: Glenn Rivera
Hearing Electronically Recorded: 10:29.46 - 10:33.38      CSO: N. Edrosa / J. Lizama

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* A P P E A R A N C E S \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

**DEFT: FRANKIE BLAS CASTRO**      **ATTY : ALEX MADABER**
( X ) PRESENT ( ) CUSTODY ( X ) BOND ( ) P.R.      ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

**DEFT: NANCY MARY P. REYES CASTRO**      **ATTY : CURTIS VAN DE VELD**
( X ) PRESENT ( ) CUSTODY ( X ) BOND ( ) P.R.      ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON      AGENT: KEN TORRES, A.T.F.

U.S. PROBATION: STEVE GUILLIOT      U.S. MARSHAL: V. ROMAN/W. GRAY

*****************************************

## PROCEEDINGS:      SENTENCING

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( ) DEFENDANT EXAMINED: AGE: ____ HIGH SCHOOL COMPLETED: _____
( ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) COURT SUMMARIZES THE FACTS      ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION
( ) COURT ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( ) PLEA ENTERED: ( ) *GUILTY* ( ) *NOT GUILTY* - TO:
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____ ( ) STATUS HEARING:
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( X ) DEFENDANTS RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

## JOINT ORAL REQUEST TO CONTINUE SENTENCING HEARING - GRANTED

## SENTENCING IS CONTINUED TO APRIL 17, 2006 AT 1:00PM FOR BOTH DEFENDANTS