ORIGINAL

CASTRO_F.ref

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
NOV 27 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANKIE BLAS CASTRO, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 05-00044 <br><br> PETITION TO REFUND OVERPAYMENT OF SPECIAL ASSESSMENT FEE |

PETITION

On April 17, 2006, Defendant FRANKIE BLAS CASTRO was sentenced, among other things, to pay a $200.00 special assessment fee. Plaintiff petitions the Court to refund the overpaid portion of the special assessment fee imposed against the Defendant:

1. The following assessment fee was imposed against Defendant:

   $200.00   Amount of assessment fee

   $225.00   Amount collected (see attachment A)

   $ 25.00   Amount overpaid

//
//
//

2. Plaintiff respectfully requests that the Court refund the full amount of overpayment by issuing a check in the amount of $25.00 to Remedios P. Reyes (individual who made the overpayment) and mailing the check to her address as provided by our office.

3. Plaintiff further requests that any future payments made by defendant be refunded to him.

DATED this 27th day of November, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/
MARIVIC P. DAVID
Assistant U.S. Attorney

Form GUD-BOP

# BUREAU OF PRISONS
# IPAC PAYMENTS

| Department/Establishment: District Court of Guam | Customer ALC: 00004694-1 |
|---|---|
| Office: Clerk's Office | |
| Location: Hagatna, Guam | |
| Accounting Period: **01/2007** | |
| Originating ALC: 15030001 | |
| Document Reference No.: **14420691** | |
| Deposit No.: **163 06-121** | |

| Criminal Case No. and Name of Defendant | Deposited Amount | BOP Inmate Register No. | Date of Deposit | Institution Name |
|---|---|---|---|---|
| CR-05-00044-001 Castro, Frankie Blas | $ 25.00 | 02556-093 | 09/13/06 | FCI, Lompoc |

CD 074694 00022

| DATE: OCT 14 2006 | | | | | |
|---|---|---|---|---|---|
| FY | FUND | BUDORG | COSTORG | BOC | AMOUNT |
| 2007 | 504100 | --- | --- | --- | $ 25.00 |
| | | | | | --- |
| | | | | TOTAL AMOUNT | $ 25.00 |
| Processed By: [signature] | | | | Date 10·23·06 | |
| Posted By: | | | | Date | |

A

# District Court of Guam
# Fees Report

Date Range: 11/13/2006 - 11/17/2006
Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | Amount |
|---|---|---|---|---|
| 11/13/2006 | 0030393 | Galope, Josephine Cardines *(PIF)* | CR-05-00088: USA v. Galope<br>Party: Galope, Josephine Cardines<br>Assessments/Fines | $ 100.00 |
| | | | Payment Type(s)<br>Cash | $ 100.00 |
| 11/13/2006 | 0030394 | DEPARTMENT OF ADMINISTRATION | CR-97-00033: USA v. Aquiningoc<br>Party: AQUININGOC, NAOMI<br>Restitution | $ 250.00 |
| | | | Payment Type(s)<br>Check #0167071 101-511/1214 | $ 250.00 |
| 11/13/2006 | 0030395 | McDonalds Service Center *(JOINT)* | CR-03-00029: USA v. Meno<br>Party: Meno, Ann Marie T.<br>Restitution | $ 20.22 |
| | | | Payment Type(s)<br>Check #83021374 56-1544/441 | $ 20.22 |
| 11/14/2006 | 0030403 | International Distributors, Inc *(JOINT)* | CR-99-00157: USA v. Santos<br>Party: SANTOS, JOSE IGNACIO FLORES<br>Restitution | $ 200.00 |
| | | | Payment Type(s)<br>Check #126 101-0521/1214 | $ 200.00 |
| 11/15/2006 | 0030413 | Reyes, Remedios P. *(overpymt.)* | CR-05-00044: USA v. Castro, et al<br>Party: Castro, Frankie Blas<br>Assessments/Fines | $ 200.00 |
| | | | Payment Type(s)<br>Cash | $ 200.00 |
| 11/17/2006 | 0030432 | GUAM POWER AUTHORITY | CR-94-00057: USA v. Suzuki<br>Party: SUZUKI, GEORGE M.<br>Restitution | $ 75.00 |
| | | | Payment Type(s)<br>Check #033997 101-511/1214 | $ 75.00 |

FILE
11-21-06

11/20/2006 4:26 pm                                                                 Page 1 of 1