CASTRO_F.reford

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
NOV 29 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>FRANKIE BLAS CASTRO,<br><br>  Defendant. | CRIMINAL CASE NO. 05-00044<br><br>**O R D E R**<br><br>Re: United States Petition to Refund<br>Overpayment of Special Assessment Fee |

Based upon the Plaintiff's Petition to Refund Overpayment of Special Assessment, the Court hereby orders the overpaid portions of the special assessment fee in the amount of $25.00 shall be refunded to Remedios P. Reyes by mailing a check to her last known address as provided by the plaintiff. Any future payments made by Defendant shall be refunded to him.

**IT IS SO ORDERED**, this 28th day of November, 2006.

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District Court of Guam

ORIGINAL